JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONA DEMERY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JENNIFER CORE, Warden,<br><br>　　　　　　Respondent. | Case No. 2:23-cv-00220-GW (SP)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of SIMONA DEMERY for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 14, 2023

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE